UNITED STATES DISTRICT COURT

Northern District of California

DAVID A. CLARK,

                Plaintiff(s),                No. C 09-03154 MEJ

  v.

ROHNERT PARK CITY OF,                **ORDER TO SHOW CAUSE**

                Defendant(s).

_____/

On July 13, 2009, Plaintiff filed the above-captioned case, as well as an application to proceed in forma pauperis. Since that time, the Court has ordered Plaintiff to consent or decline magistrate jurisdiction on two occasions. (Dkt. ##4, 5.) Plaintiff, however, has failed to respond. Accordingly, the Court hereby ORDERS Plaintiff David A. Clark to show cause why this case should not be dismissed for failure to prosecute and comply with court deadlines. Plaintiff shall file a declaration by October 8, 2009, and the Court shall conduct a hearing on October 22, 2009 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: September 21, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge