United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. CLARK, | No. C 09-03154 SI |
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING FOR FAILURE TO PROSECUTE** |
| v. | |
| CITY OF ROHNERT PARK, et al., | |
| Defendants. / | |

On July 13, 2009, plaintiff David Clark, who is represented by counsel, filed a complaint against the City of Rohnert Park, California and its police chief, pursuant to 42 U.S.C. § 1983. He also filed an application to proceed *in forma pauperis*. By order dated July 23, 2009, Magistrate Judge James ordered plaintiff to consent to or decline magistrate judge jurisdiction by August 13. After plaintiff failed to comply with this deadline, Judge James extended the deadline for plaintiff to file his consent or declination to September 3. When plaintiff again failed to respond, Judge James issued an Order to Show Cause why the suit should not be dismissed for failure to prosecute and failure to comply with court deadlines. Judge James ordered plaintiff to file a declaration by October 8, 2009 and set a hearing for October 22. Plaintiff failed to file a declaration or make an appearance at the hearing.

On October 22, 2009, Magistrate Judge James issued a Report and Recommendation recommending that this Court dismiss plaintiff's suit for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b). Judge James' Report and Recommendation stated that plaintiff may file an objection within 10 days. No objection was filed.

A court may dismiss an action if the plaintiff fails to prosecute it or to otherwise comply with the Federal Rules of Civil Procedure. See Fed. R. Civ. P. 41(b). The Court finds, for the reasons

discussed in Judge James' Report and Recommendation, that plaintiff has failed to prosecute this action and to comply with court orders. Plaintiff twice failed to file a consent or declination by the date ordered, failed to file a declaration ordered by the Court, failed to appear at a hearing on the Court's order to show cause why the case should not be dismissed for failure to prosecute, and has made no appearance at all in this matter since filing the complaint.

Accordingly, this Court finds that dismissal of this case is warranted and ADOPTS Magistrate Judge James' Report and Recommendation. Plaintiff's complaint is hereby DISMISSED without prejudice for failure to prosecute and failure to comply with court orders. The application to proceed *in forma pauperis* is DENIED.

The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: November 16, 2009

SUSAN ILLSTON
United States District Judge